IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

VALERIE WELLS, As Special
Personal Representative of the
Estate of Joseph Dwight
Sheppard, Deceased, and on
behalf of the Wrongful Death
Beneficiaries of Joseph Dwight
Sheppard, Deceased                                                  PLAINTIFF

v.                        No. 1:17-cv-45-DPM

SKYLINE ARKANSAS
HOLDINGS LLC; SKYLINE CHP
HOLDINGS LLC; BATESVILLE
HOLDINGS LLC; BATESVILLE
HEALTH AND REHAB LLC;
ARKANSAS NURSING HOME
ACQUISITION LLC; CAPITAL
FUNDING GROUP, INC.; CSCV
HOLDINGS II LLC; ARKANSAS
SNF OPERATIONS
ACQUISITION III LLC; JOSEPH
SCHWARTZ; JOHN W. DWYER;
ALAN ZUCCARI; and BRIAN
REYNOLDS                                                           DEFENDANTS

ORDER

Wells's motion to dismiss her claims against the separate defendants, № 17, is granted. She has reached a settlement with Arkansas Nursing Home Acquisition LLC; Capital Funding Group, Inc.; CSCV Holdings II LLC; Arkansas SNF Operations Acquisition III

LLC; John W. Dwyer; Alan Zuccari; and Brian Reynolds. The claims against them are dismissed with prejudice.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 January 2018